1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 84115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                     SAN FRANCISCO DIVISION

9  ANASTASIA MAXWELL,                )    CV 07          5598
                                     )
10             Plaintiff,            )    COMPLAINT FOR DECLARATORY
                                     )    RELIEF, INJUNCTIVE RELIEF
11     VS.                           )    AND DAMAGES
                                     )
12  CITY AND COUNTY OF SAN           )    DEMAND FOR JURY TRIAL
    FRANCISCO,                       )
13                                   )    42 U.S.C. Section 1981
               Defendant.           )
14  _____ )

15                     FIRST CAUSE OF ACTION

16                     42 U.S.C. SECTION 1981

17                          JURISDICTION

18     1. Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. Section

19  1331 to enforce the provisions of 42 U.S.C. Section 1981 which guarantees, among other things,

20  that all persons shall have the same right in every State and Territory to make and enforce

21  contracts, to sue, be parties, give evidence and to the full and equal property as is enjoyed by

22  white citizens.

23                             VENUE

24     2. Venue is proper in the Northern district of California.

25                            PARTIES

26     3. Plaintiff, ANASTASIA MAXWELL, is of African American (black) ancestry and was

27

28  Complaint for Damages                    1

1  a former employee of the Water Department, City and County of San Francisco, California.

2      4. Defendant, CITY AND COUNTY OF SAN FRANCISCO, is a political subdivision of

3  the State of California. Said Defendant owns, operates and maintains the City Distribution

4  Division of the San Francisco Public Utilities Commission, an agency of said Defendant

5  providing general public services in the CITY AND COUNTY OF SAN FRANCISCO. The City

6  Distribution Division is a division of said Public Utilities Commission.

7      5. On or about August 21, 2000, Plaintiff Anastasia Maxwell was employed by the City

8  Distribution Division, (CDD) Water Department at said San Francisco Public Utilities

9  Commission of Defendant  City and County of San Francisco as a provisional Apprentice

10  Plumber's Helper (7463).

11      6. In or about June, 2001, Plaintiff was promoted to the permanent position of

12  Apprentice Plumber's Helper (7463).

13      7. At all times during the entire course of her employment, Plaintiff always performed all

14  of her assigned and related duties in an excellent fashion.

15      8. Notwithstanding such excellent performance, Plaintiff was subjected to a continuing

16  pattern of unlawful discriminatory employment practices culminating in the termination of her

17  employment without cause or justification on or about August 21, 2006.

18      9. Said actions and conduct also included, but were not limited to:

19      a. November 30, 2000 - Unwarranted Employee Conference Notification dated

20  November 30, 2000

21      b. December 13, 2000 -  Unwarranted Employee Conference Notification dated

22  December 13, 2000

23      c. March 29, 2001 - Unwarranted Employee Conference Notification dated March 29,

24  2001

25      d. April 26, 2001 - Unwarranted Employee Conference Notification dated April 26, 2001

26      e. May 31, 2001 - Plaintiff's complaints of discrimination dated May 31, 2001

27

28  Complaint for Damages                        2

1    f. June 7, 2001 - Plaintiff's complaints of discrimination dated June 7, 2001

2    g. July 18, 2001 - Unwarranted Letter to Plaintiff re: Notice of Proposed Discipline and

3 Skelly Meeting dated July 18, 2001

4    h. January 14, 2002 - Unwarranted Letter to Plaintiff re: Notice of Suspension

5    I. January 14, 2002 - Unwarranted Notice of Disciplinary Action

6    j. June 26, 2002 - Unwarranted Employee Conference Form

7    k. July 30, 2002 - False Statement of Robert Marjolet

8    l. July 31, 2002 - Unwarranted Employee Disciplinary Conference Form

9    m. July 31, 2002 - Unwarranted Employee Conference Notification

10    n. August 23, 2002 - Complaint to Anthony Flores

11    o. September 23, 2002 - Unwarranted Employee Conference Notification

12    p. September 30, 2002 - Unwarranted Recommendation for Disciplinary Action

13    q. November 25, 2002 - Unwarranted Letter of Instruction

14    r. May 15, 2003 - Unwarranted Letter of Instruction

15    s. November 12, 2003 - Unwarranted Notice of Proposed Discipline and Employee

16 Conference/Skelly Meeting

17    t. December 23, 2003 - Unwarranted Notice of Disciplinary Action

18    u. March 6, 2004 - Unwarranted Fact Finding Rescheduling

19    v. March 19, 2004 - Unwarranted Fact Finding Notification

20    w. May 20, 2004 - Unwarranted Notice of Proposed Discipline and Employee

21 Conference/Skelly Meeting

22    x. August 25, 2004 - Unwarranted Notice of Proposed Discipline and Employee

23 Conference/Skelly Meeting

24    y. October 12, 2004 - Unwarranted Suspension of for "Insubordination, Inattention to

25 Duty, Dishonesty and Mistreatment of Persons."

26    10. Said actions were taken against Plaintiff on account of her race, color and national

27

28 Complaint for Damages         3

1 | origin and in retaliation against her for her continuing complaints and protests of said unlawful

2 | discriminatory employment practices in violation of the provisions of 42 U.S.C. Section 1981.

3 | 11. As a direct result of the acts and conduct of Defendant, as alleged herein, Plaintiff

4 | has suffered loss of and continues to suffer substantial loss of earnings and related employment

5 | benefits in an amount to be proven at trial herein.

6 | 10. In doing the acts and in engaging in the conduct herein alleged, Defendant intended

7 | to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

8 | distress.

9 | SECOND CAUSE OF ACTION

10 | RACE, COLOR AND NATIONAL ORIGIN DISCRIMINATION

11 | GOVERNMENT CODE SECTION 12940a, *ET SEQ.*

12 | As a second, separate and distinct cause of action, Plaintiff complains of Defendant and

13 | for a cause of action alleges:

14 | 11. The allegations of paragraphs 1 through 10 above, are re-alleged and incorporated

15 | herein by reference.

16 | 12. Jurisdiction herein is invoked pursuant to the provisions of Government Code

17 | Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

18 | the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

19 | Government Code Section 12940(a), which provides that it shall be unlawful for an employer   to

20 | discriminate against an employee, among other things, on account of race and color.

21 | 13. Plaintiff was an employee of African ancestry (Black) and is therefore a person

22 | protected by said provisions of said Act.

23 | 14. Defendant has maintained a pattern and practice of unlawful discriminatory

24 | employment practices against Plaintiff on account of her race, color and national origin by

25 | engaging in the actions and conduct, among other things,  as alleged in Paragraph 9 hereof in

26 | violation of the Fair Employment and Housing Act, Government Code Section 12940a.

27 |

28 | Complaint for Damages                                    4

1    15. Defendant has taken the actions and conduct against Plaintiff as alleged herein on

2    account of her race and color in violation of the Fair Employment and Housing Act, Government

3    Code Section 12940a.

4    16. As a direct result of said actions and conduct of Defendant as alleged herein, Plaintiff

5    has suffered loss of and continues to suffer substantial loss of earnings and related employment

6    benefits in an amount to be proven at trial herein.

7    17. In doing the acts and in engaging in the conduct herein alleged, Defendants intended

8    to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

9    distress.

10    18. Plaintiff duly filed an administrative charge of discrimination herein with the

11    California Department of Fair Employment and Housing (DFEH) ( a true copy of which is

12    attached hereto as Exhibit 1), which on November 2, 2006, issued a notice of right to sue thereon

13    authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of

14    said date (a true copy of said Notice of Right to Sue is attached as Exhibit 2). Plaintiff has

15    exhausted all of her administrative remedies herein, and this action has been timely filed.

16    THIRD CAUSE OF ACTION

17    GOVERNMENT CODE SECTION 12940a

18    SEX DISCRIMINATION

19    As a third, separate and distinct cause of action, Plaintiff complains of Defendant and for

20    a cause of action alleges:

21    19. The allegations of paragraphs 1 through 18 above, are re-alleged and incorporated

22    herein by reference.

23    20. Jurisdiction herein is invoked pursuant to the provisions of Government Code

24    Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

25    the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

26    Government Code Section 12940a , which provides that it shall be unlawful for an employer to

27

28    Complaint for Damages                                  5

1  discriminate against an employee, among other things, on account of sex..

2      21.  Plaintiff was a female  employee and is therefore a person protected by said
3  provisions of said Act.

4      22.  Defendant has maintained a pattern and practice of unlawful discriminatory
5  employment practices against Plaintiff on account of her sex, by engaging in the actions and
6  conduct as alleged, among other things,  in Paragraph 9 hereof in violation of the Fair
7  Employment and Housing Act, Government Code Section 12940a.

8      23.  Defendant has taken the actions and conduct against Plaintiff as alleged herein on
9  account of her age in violation of the Fair Employment and Housing Act, Government Code
10  Section 12940a.

11      24.  As a direct result of said actions and conduct of Defendant as alleged herein, Plaintiff
12  has suffered loss of and continues to suffer substantial loss of earnings and related employment
13  benefits in an amount to be proven at trial herein.

14      25.  In doing the acts and in engaging in the conduct herein alleged, Defendants intended
15  to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional
16  distress.

17      26.  Plaintiff duly filed an administrative charge of discrimination herein with the
18  California Department of Fair Employment and Housing (DFEH) ( a true copy of which is
19  attached hereto as Exhibit 1), which on November 2, 2006, issued a notice of right to sue thereon
20  authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of
21  said date (a true copy of said Notice of Right to Sue is attached as Exhibit 2).  Plaintiff has
22  exhausted all of her administrative remedies herein, and this action has been timely

23                              FOURTH CAUSE OF ACTION

24                        GOVERNMENT CODE SECTION 12940h

25                                    RETALIATION

26      As a fourth, separate and distinct cause of action, Plaintiff complains of Defendants, and

27

28  Complaint for Damages                        6

1  each of them, and for a cause of action, alleges:

2      27. Plaintiff hereby incorporates by reference paragraphs 1 through 26 as though set forth
3  here in full.

4      28. Jurisdiction herein is invoked pursuant to the provisions of Government Code
5  Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of
6  the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),
7  Government Code Section 12940h, which provides that it shall be unlawful for an employer to
8  retaliate against an employee, because of said employee's protests of unlawful discriminatory
9  employment practices, or association with a person protesting alleged discriminatory
10  employment practices

11      29. Plaintiff was an employee of Defendant who protested violations of Government
12  Code Section 12940, *et seq.*, and associated with a person complaining of violations of
13  Government Code Section 12940, *et seq*.

14      30. Defendant has subjected Plaintiff to a pattern and practice of egregious retaliatory
15  actions and conduct, because of her complaints of said unlawful discriminatory employment
16  practices and association with a person also complaining of same, which have included, but have
17  not been limited to, the actions and conduct alleged, among other things, in paragraph 9 hereof,
18  as alleged herein, because of her continuing protests of Defendant's continuing said unlawful
19  discriminatory employment practices against her.

20      31. Defendant has taken such actions against Plaintiff in violation of Government Code
21  Section 12940h.

22      32. As a direct result of the acts and conduct of Defendants, as alleged herein, Plaintiff
23  has suffered loss of and continues to suffer substantial loss of earnings and related employment
24  benefits in an amount to be proven at trial herein.

25      33. In doing the acts and in engaging in the conduct herein alleged, Defendants intended
26  to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

27

28  Complaint for Damages       7

1  distress.

2      34. Plaintiff duly filed an administrative charge of discrimination herein with the

3  California Department of Fair Employment and Housing (DFEH) ( a true copy of which is

4  attached hereto as Exhibit 1), which on November 2 , 2006, issued a notice of right to sue

5  thereon authorizing Plaintiff to initiate a civil action in the California Superior Court within one

6  year of said date (a true copy of said Notice of Right to Sue is attached as Exhibit 2). Plaintiff

7  has exhausted all of her administrative remedies herein, and this action has been timely

8                              FIFTH CAUSE OF ACTION

9              GOVERNMENT CODE SECTION 12900, *ET SEQ.*

10                                  HARASSMENT

11     As a fifth, separate and distinct cause of action, Plaintiff complains of Defendants, and

12  each of them, and for a cause of action, alleges:

13     35. Plaintiff hereby incorporates by reference paragraphs 1 through 34, as though set

14  forth here in full.

15     36. Jurisdiction herein is invoked pursuant to the provisions of Government Code

16  Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

17  the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

18  Government Code Section 12940(j), which provides that it shall be unlawful for an employer to

19  harass an employee, because of said employee's race, color, and national origin and sex.

20     37. Plaintiff is a female person of African ancestry (Black) and was a person protected by

21  said provisions of said Act.

22     38. Defendants have subjected Plaintiff to a continuous pattern of harassment in

23  engaging in the actions and conduct as alleged, among other things, in paragraph 9 hereof, in

24  violation of the Fair Employment and Housing Act, Government Code Section 12940j.

25     39. As a direct result of the acts and conduct of Defendants, as alleged herein, Plaintiff

26  has suffered loss of and continues to suffer substantial loss of earnings and related employment

27

28  Complaint for Damages                          8

1    benefits in an amount to be proven at trial herein.

2        40. In doing the acts and in engaging in the conduct herein alleged, Defendants intended

3    and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

4    distress.

5        41. Plaintiff duly filed an administrative charge of discrimination herein with the

6    California Department of Fair Employment and Housing (DFEH) ( a true copy of which is

7    attached hereto as Exhibit 1), which on November 2, 2006, issued a notice of right to sue thereon

8    authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of

9    said date (a true copy of said Notice of Right to Sue is attached as Exhibit 2). Plaintiff has

10   exhausted all of her administrative remedies herein, and this action has been timely

11                                  PRAYER FOR RELIEF

12        WHEREFORE, Plaintiff prays judgment against Defendant as follows:

13        (A) Grant Plaintiff a declaratory judgment that Defendant has violated Plaintiff's rights as

14    guaranteed by 42 U.S.C. Section 1981 and California Government Code Section 12940, *et seq.*,

15    in committing the acts and in engaging in the conduct complained of herein;

16        (B) Permanently enjoin Defendants, their agents, successors, and employees and those

17    acting in concert with them from engaging in each of the unlawful practices and policies

18    complained of herein;

19        C) Award Plaintiff damages for all earnings lost, including future earnings loss and for

20    loss of related employment benefits;

21        (D) Reinstate Plaintiff to her said position or to a position commensurate with her skills

22    and abilities without loss of pay, seniority or rank;

23        (E) Award Plaintiff damages for lost career and employment opportunities;

24        (F) Order that all negative material be removed from Plaintiff's personnel file or any

25    other files or records maintained in connection with Plaintiff's employment;

26        (G) Award Plaintiff damages for severe psychological harm in an amount to be proven at

27

28    Complaint for Damages                   9

1  trial;

2      (H)  Award Plaintiff punitive damages in an amount commensurate with harm caused to

3  Plaintiff and Defendant's financial ability;

4      (I)  Award Plaintiff costs of suit;

5      (J) Grant Plaintiff reasonable attorney's fees; and

6      (K) Grant Plaintiff such other and future relief as the Court may deem proper and just.

7  Dated: November 2, 2007                    Respectfully submitted.

8                                             /s/ Curtis G. Oler

9

                                             CURTIS G. OLER
10                                            Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Complaint for Damages                  10

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH # _____

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

UR NAME (indicate Mr. or Ms.)

Ms. ANASTASIA MAXWELL

TELEPHONE NUMBER (INCLUDE AREA CODE)

925 - 565-3605

DRESS

1963 Colosseum Way

CITY/STATE/ZIP

Antioch, California    94531

COUNTY

Contra Costa

COUNTY CODE

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME

CITY & COUNTY OF SAN FRANCISCO, WATER DEPARTMENT, City Distribution Division

TELEPHONE NUMBER (Include Area Code)

550-4945

DFEH USE ONLY

ADDRESS

1990 Newcomb Street

CITY/STATE/ZIP

San Francisco, California  94124

COUNTY

S.F.

COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)

100+

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)

8/21/06

RESPONDENT CODE

THE PARTICULARS ARE

On  August 21, 2006  I was

- XX  fired
- laid off
- demoted
- XX  harassed
- genetic characteristics testing
- forced to quit

- denied employment
- denied promotion
- denied transfer
- denied accommodation
- impermissible non-job-related inquiry
- XX  other (specify)  Retaliated Against

- denied family or medical leave
- denied pregnancy leave
- denied equal pay
- denied right to wear pants
- denied pregnancy accommodation

BY  Respondent

Name of Person                    Job Title (supervisor/manager/personnel director/etc.)

because of my:

- XX sex
- age
- religion
- XX race/color

- XX national origin/ancestry
- marital status
- sexual orientation
- XX association

- physical disability
- mental disability
- XX other (specify)

- cancer
- genetic characteristic
- Retaliation

(Circle one) filing;
protesting; participating in
investigation (retaliation for)

The reason given by  Respondent

Name of Person and Job Title

Was because of (please state what you believe to be reason(s))  Since my employment as a Utility Apprentice Plumber, in August, 2000, I have been continuously subjected to egregious unlawful discriminatory employment practices including harassment because of my race and color (Black) and sex and in retaliation against me because of my continuing protests of same culminating in the termination of my employment on or about 8/21/06.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  October 27, 2006

COMPLAINANT'S SIGNATURE

At  San Francisco, California
City

DATE FILED

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICE   .CY                             ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2941 TTY (800) 700-2320 Fax (510) 622-2951
www.dfeh.ca.gov



November 2, 2006

Curtis G Oler
Attorney
LAW OFFICES OF CURTIS G OLDER
820C Laguna St
San Francisco, CA 94102

RE:   E200607M0557-00-sc
       MAXWELL/CITY & COUNTY OF SAN FRANCISCO, WATER DEPT

Dear Curtis G Oler:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective October 30, 2006 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely

Allan H. Pederson
District Administrator

cc:    Case File

H R Department
CITY & COUNTY OF SAN FRANCISCO, WATER DEPT
1990 Newcomb St
San Francisco, CA 94124

1 | VERIFICATION

2 | I, ANASTASIA MAXWELL, declare:

3 | I have read the foregoing Complaint and know the contents thereof. The same is true of

4 | my own knowledge, except for those matters stated therein on information and belief, and as to

5 | those, I believe them to be true.

6 | I declare under penalty of perjury under the laws of the State of California that the

7 | foregoing is true and correct and that this Verification was executed on October 31, 2007, at San

8 | Francisco, California.

ANASTASIA MAXWELL

28 | Verification