DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
SALLIE P. GIBSON, State Bar #172729
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-554-3946
Facsimile:      (415) 554-4248
E-Mail:          sallie.gibson@sfgov.org


Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIA MAXWELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>        Defendant. | Case No. C07-5598<br><br>**STIPULATION EXTENDING TIME TO RESPOND COMPLAINT** |

THE PARTIES HEREBY STIPULATE THAT the time for Defendant City and County of San Francisco to respond to Plaintiff's Anastasia Maxwell's Complaint is extended by two weeks, until December 19, 2007.

Dated: December 4, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
SALLIE P. GIBSON
Deputy City Attorney

By: _____
SALLIE P. GIBSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: December 4, 2007

LAW OFFICES OF CURTIS G. OLER

By: _____
CURTIS G. OLER
Attorney for Plaintiff
Anastasia Maxwell

STIP EXTENDING TIME TO RESP TO COMPLT    1
CASE NO. C07-5598

n:\labor\li2007\080594\00452996.doc