1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 84115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  ANASTASIA MAXWELL,              )      NO.  C07-5598-EDL
                                    )
12              Plaintiff,          )      PLAINTIFF'S NOTICE
                                    )      OF UNAVAILABILITY
13       VS.                        )
                                    )
14  CITY AND COUNTY OF SAN          )
    FRANCISCO,                      )
15                                  )
                Defendant.          )
16  _____ )

17

18

19       TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

20       PLEASE TAKE NOTICE that commencing Tuesday, January  8, 2008, continuing

21  through and including Tuesday, January 22, 2008, the LAW OFFICES OF CURTIS G. OLER,

22  counsel for Plaintiff, will be on vacation and will be unavailable for any purpose whatsoever,

23  including but not limited to, receiving notice of any kind, responding to ex parte applications,

24  appearing in court, or attending depositions.

25       This notice is given pursuant to *Tenderloin Housing Clinic v. Sparks*, (1992) 8

26  Cal.App.4th 299.  Purposefully scheduling a conflicting proceeding without good cause during

27

28  Notice of Unavailability                    1

1  the period of notice is sanctionable pursuant to the *Tenderloin* case.

2  Dated: January 2, 2008

3

4  _____

CURTIS G. OLER

5  Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Notice of Unavailability                            2