United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANASTASIA MAXWELL

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).
_____/

No. 07-05598 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for 3:00 p.m. on February 12, 2008 has been **reset to 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than February 5, 2008.

Dated: January 24, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy