1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 84115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5    ANASTASIA MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANASTASIA MAXWELL, | ) | NO. C07-5598-EDL |
|---|---|---|
| Plaintiff, | ) | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | ) | |
| CITY AND COUNTY OF SAN FRANCISCO, | ) | |
| Defendant. | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/s/ Curtis G. Oler

Dated: February 6, 2008        Signature_____

Counsel for Plaintiff

Declination to Proceed Before Magistrate Judge