# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Maxwell, | 07-05598 CW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| City and County of San Francisco, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Evelyn M. Hunt**
Law Office of Evelyn M. Hunt
84 Sotelo Ave.
San Francisco, CA 94116
415-392-5212
evelyn.hunt@mindspring.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05598 CW ENE                                   - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: April 25, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-05598 CW ENE                - 2 -