# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Maxwell,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>City and County of San Francisco,<br><br>　　　　Defendant(s). | No. C 07-05598 CW ENE<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) _June 9, 2008_

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no　_Parties may seek help with settlement but uncertain._

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: _June 10, 2008_　　　　_/s/ Evelyn Hunt_
　　　　　　　　　　　　　　Evaluator, Evelyn M. Hunt
　　　　　　　　　　　　　　Law Office of Evelyn M. Hunt
　　　　　　　　　　　　　　84 Sotelo Ave.
　　　　　　　　　　　　　　San Francisco, CA 94116