1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 84115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  ANASTASIA MAXWELL,              )   NO.  C07-5598-CW
                                    )
12              Plaintiff,          )   STIPULATION FOR ORDER
                                    )   AND PROPOSED ORDER
13       VS.                        )   AMENDING THE CASE MANAGEMENT
                                    )   CONFERENCE ORDER ALLOWING
14  CITY AND COUNTY OF SAN          )   PLAINTIFF TO FILE A SUPPLE-
    FRANCISCO,                      )   MENTAL COMPLAINT HEREIN
15                                  )   AND RESETTING TRIAL DATE
                Defendant.          )
16  _____)

17       Plaintiff filed her within complaint on November 2, 2007, and Defendant duly filing its

18  answer thereto on December 19, 2007.

19       On March 20, 2008, this Court issued a Minute Order and Case Management Order

20  which among other things indicated a cut off date of March 11, 2008 to add additional parties or

21  claims and a trial date herein of May 4, 2009.

22       Plaintiff claims that subsequent to the filing of said complaint, Defendant has engaged in

23  unlawful discriminatory conduct against her and has filed an administrative charge of

24  discrimination on April 28, 2008, with the California Department of Fair Employment and

25  Housing pursuant to the provisions of the California Fair Employment and Housing Act relative

26  thereto.

27

28  Stipulation and Order to Amend Complaint          1

1  Accordingly, it has become necessary that said cut off date of March 11, 2008, to add
2  additional parties or claims be extended to allow Plaintiff to supplement the within complaint to
3  allege such subsequent conduct by Defendant and a resetting of the pretrial and trial dates as
4  hereafter proposed.
5  Therefore, the parties hereby stipulate to an Order issued herein amending the within
6  minute order and case management order as follows:

7  Cut off date to add additional parties or claims shall be extended from March 11, 2008 to a
8  date five days after issuance of the proposed order herein with Defendant
9  being allowed ten days thereafter to answer same

| | |
|---|---|
| Completion of Fact Discovery | December 2, 2008 |
| Disclosure of Experts | March 10, 2009 |
| Rebuttal Experts | April 14, 2009 |
| Completion of Expert Discovery | April 28, 2009 |
| Disposition Motion Deadline | February 5, 2009 |
| Pretrial Conference | June 24, 2009 |
| Trial | July 6, 2009 |

Dated: August 2, 2008          /s/ Curtis G. Oler
_____
CURTIS G. OLER
Attorney for Plaintiff

Dated: August 4, 2008          /s/ Sallie P. Gibson
_____
SALLIE P. GIBSON
Attorney for Defendant

ORDER AMENDING MINUTE ORDER

AND CASE MANAGEMENT ORDER

Pursuant to the stipulation of the parties for an Order to amend the within minute order

Stipulation and Order to Amend Complaint          2

1 and case management order herein dated March 20, 2008,

2    FOR GOOD CAUSE SHOWN,

3    IT IS HEREBY ORDERED that the Minute Order and Case Management Order issued

4 herein on March 20, 2008, be and hereby is amended as follows:

Cut off date to add additional parties or claims shall be extended from March 11, 2008 to a date five days after issuance of the proposed order herein with Defendant being allowed ten days thereafter to answer same.

| | |
|---|---|
| Completion of Fact Discovery | December 2, 2008 |
| Disclosure of Experts | March 10, 2009 |
| Rebuttal Experts | April 14, 2009 |
| Completion of Expert Discovery | April 28, 2009 |
| Disposition Motion Deadline | February 5, 2009 |
| Pretrial Conference | June 24, 2009 |
| Trial | July 6, 2009 |

_____
CLAUDIA WILKEN
United States District Judge

Stipulation and Order to Amend Complaint       3