1 | CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
2 | Post Office Box 15083
San Francisco, California 84115
3 | Telephone: 415 346-8015
Facsimile: 415 346-8238
4
5 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANASTASIA MAXWELL, | NO. C07-5598-CW |
| Plaintiff, | PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT |
| VS. | F.R.Civ.P. Rule 15(d) |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Pursuant to the Order of this Court, upon stipulation of the parties, and as allowed by F.R.Civ.P., Rule 15(d), Plaintiff ANASTASIA MAXWELL, supplements her within complaint as follows:

## FIRST CAUSE OF ACTION

## 42 U.S.C. SECTION 1981

9. Said actions and conduct also included, but were not limited to:

z. Denial of promotion to the position of Utility Plumber (7388)

aa. Denial of pay;

bb. Denial of equal pay; and

cc. Retaliation.

Supplemental Complaint                1

## SECOND CAUSE OF ACTION

## RACE, COLOR AND NATIONAL ORIGIN DISCRIMINATION

## GOVERNMENT CODE SECTION 12940a, *ET SEQ.*

18.A. Plaintiff duly filed an administrative charge of discrimination herein with the California Department of Fair Employment and Housing (DFEH) ( a true copy of which is attached hereto as Exhibit 3), which on May 12, 2008, issued a notice of right to sue thereon authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of said date (a true copy of said Notice of Right to Sue is attached as Exhibit 2). Plaintiff has exhausted all of her administrative remedies herein, and this action has been timely filed.

## THIRD CAUSE OF ACTION

## SEX DISCRIMINATION

## GOVERNMENT CODE SECTION 12940a, *ET SEQ.*

26.A. Plaintiff duly filed an administrative charge of discrimination herein with the California Department of Fair Employment and Housing (DFEH) ( a true copy of which is attached hereto as Exhibit 3), which on May 12, 2008, issued a notice of right to sue thereon authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of said date (a true copy of said Notice of Right to Sue is attached as Exhibit 2). Plaintiff has exhausted all of her administrative remedies herein, and this action has been timely filed.

## FOURTH CAUSE OF ACTION

## GOVERNMENT CODE SECTION 12940a, *ET SEQ.*

## RETALIATION

34.A. Plaintiff duly filed an administrative charge of discrimination herein with the California Department of Fair Employment and Housing (DFEH) ( a true copy of which is attached hereto as Exhibit 3), which on May 12, 2008, issued a notice of right to sue thereon authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of said date (a true copy of said Notice of Right to Sue is attached as Exhibit 2). Plaintiff has

1 | exhausted all of her administrative remedies herein, and this action has been timely filed.

## FIFTH CAUSE OF ACTION
## GOVERNMENT CODE SECTION 12940a, *ET SEQ.*
## HARASSMENT

41.À.  Plaintiff duly filed an administrative charge of discrimination herein with the California Department of Fair Employment and Housing (DFEH) ( a true copy of which is attached hereto as Exhibit 3), which on May 12, 2008, issued a notice of right to sue thereon authorizing Plaintiff to initiate a civil action in the California Superior Court within one year of said date (a true copy of said Notice of Right to Sue is attached as Exhibit 2).  Plaintiff has exhausted all of her administrative remedies herein, and this action has been timely filed.

## PRAYER FOR RELIEF

(D)d.  Placement of Plaintiff in the position of Utility Plumber (7388) effect9ve on the date that her fellow apprentice plumbers were promoted to the position of Utility Plumber (7388) without loss in seniority, rank or pay.

Dated July 14, 2008

_____
CURTIS G. OLER
Attorney for Plaintiff

Supplemental Complaint    3

**EMPLOYMENT**

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH # E200708A1074-00-sc
DFEH USE ONLY

CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.): Ms. Anastasia Maxwell
TELEPHONE NUMBER (INCLUDE AREA CODE): 925-565-3605
ADDRESS: 1963 Colosseum Way
CITY/STATE/ZIP: Antioch, California 94531
COUNTY: Contra Costa     COUNTY CODE:

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME: City & County of San Francisco, Water Department
TELEPHONE NUMBER (Include Area Code): 550-4945
ADDRESS: 1155 Market Street
CITY/STATE/ZIP: San Francisco, California 94105
COUNTY: San Francisco     COUNTY CODE:     RESPONDENT CODE:

NO. OF EMPLOYEES/MEMBERS (if known): 100+
DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year): 2/26/08

THE PARTICULARS ARE:
On February 26, 2008 I was:
- fired
- laid off
- demoted
- harassed
- genetic characteristics testing
- forced to quit
- denied employment
- XX denied promotion
- denied transfer
- denied accommodation
- impermissible non-job-related inquiry
- XX other (specify): retaliation, transferred, and denial of pay
- denied family or medical leave
- denied pregnancy leave
- XX denied equal pay
- denied right to wear pants
- denied pregnancy accommodation

by Respondent
Name of Person / Job Title (supervisor/manager/personnel director/etc.)

because of my:
- XX sex
- age
- religion
- XX race/color
- XX national origin/ancestry
- marital status
- sexual orientation
- XX association
- physical disability
- mental disability
- cancer
- genetic characteristic
- XX other (specify): Retaliation
- (Circle one) filing, protesting, participating in investigation (retaliation for)

the reason given by Respondent
Name of Person and Job Title

Was because of (please state what you believe to be reason(s)): Although I have always performed my duties in an excellent manner, I have been subjected to a continuing pattern of unlawful discriminatory employment practices as outlined above.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information belief, and as to those matters I believe it to be true.

Dated: April 24, 2008
COMPLAINANT'S SIGNATURE: [signature]

At: San Francisco, California
City

RECEIVED
APR 28 2008
BY: SAN FRANCISCO DISTRICT OFFICE
DATE FILED

DFEH 300-03 (01/03)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
STATE O

Ex. 3

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, G[overnor]

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2973  TTY (800) 700-2320  Fax (510) 622-2952
www.dfeh.ca.gov



May 12, 2008

CURTIS G. OLER
ATTORNEY
CURTIS G. OLER LAW OFFICES
820 C LAGUNA STREET
SAN FRANCISCO, CA 94102

RE:  E200708A1074-00-sc
     MAXWELL/SAN FRANCISCO, CITY OF, WATER DEPT

Dear CURTIS G. OLER:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 28, 2008 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.



Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*[signature]*

Herbert Yarbrough
District Administrator

cc:   Case File

EEO
HR DEPARTMENT
SAN FRANCISCO, CITY OF, WATER DEPT
1155 MARKET STREET
SAN FRANCISCO, CA  94105

DFEH-200-43 (06/06)