DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
SALLIE P. GIBSON, State Bar #172729
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-554-3946
Facsimile:    (415) 554-4248
E-Mail:       sallie.gibson@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIA MAXWELL, | Case No. C07-5598 CW |
| Plaintiff, | **DEFENDANT'S ANSWER TO SUPPLEMENTAL COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO | |
| Defendant. | |

Defendant City and County of San Francisco ("Defendant") hereby responds to the supplemental complaint of Plaintiff Anastasia Maxwell ("Plaintiff") as follows:

9.z.  Responding to paragraph 9.z., Defendant admits that Plaintiff has not been promoted to Utility Plumber.  Defendant denies that the failure to promote her was somehow wrongful.

9.aa.  Responding to paragraph 9.aa., Defendant denies the allegations contained therein.

9.bb.  Responding to paragraph 9.bb., Defendant denies the allegations contained therein.

9.cc  Responding to paragraph 9.cc., Defendant denies the allegations contained therein.

18.a.  Responding to paragraph 18.a., Defendant admits that Plaintiff filed an administrative charge with the DFEH and that she received a right-to-sue notice on May 12, 2008.  As to the remaining allegations in the paragraph, Defendant does not have sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations.

**[check—do we have to admit or deny legal contentions?]**

26.a.  Responding to paragraph 26.a., Defendant admits that Plaintiff filed an administrative charge with the DFEH and that she received a right-to-sue notice on May 12, 2008.  As to the remaining allegations in the paragraph, Defendant does not have sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations.

34.a.  Responding to paragraph 34.a., Defendant admits that Plaintiff filed an administrative charge with the DFEH and that she received a right-to-sue notice on May 12, 2008.  As to the remaining allegations in the paragraph, Defendant does not have sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations.

41.a.  Responding to paragraph 41.a., Defendant admits that Plaintiff filed an administrative charge with the DFEH and that she received a right-to-sue notice on May 12, 2008.  As to the remaining allegations in the paragraph, Defendant does not have sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies the allegations.

### FOURTEENTH AFFIRMATIVE DEFENSE

The matters alleged in the original complaint and supplemental complaint the occurred on or before December 4, 2002 are encompassed within and barred by a settlement and release agreement

1 | reached by the parties that operates as a merger and bar against any further litigation on matters raised
2 | or potentially raised in connection with the settlement and release.
3 |
4 |     WHEREFORE, Defendant prays that Plaintiff take nothing by her Complaint herein, that
5 | Plaintiff's Complaint be dismissed forthwith, and for the following:
6 |     1.    For costs of suit herein;
7 |     2.    For reasonable attorneys' fees; and
8 |     3.    For any such other relief as the Court deems just and proper.

Dated:  August 22, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
SALLIE P. GIBSON
Deputy City Attorney


By:    /s/ Sallie P. Gibson
      SALLIE P. GIBSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO