DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
LAUREN M. MONSON, State Bar #242819
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:     (415) 554-4248
E-Mail:            lauren.monson@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANASTASIA MAXWELL, | Case No. C07-5598 CW |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY SCHEDULING ORDER |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | Trial Date:            July 6, 2009 |
| Defendant. | |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) Under the current scheduling order in this case, the discovery cutoff is Tuesday, December 2, 2008, and the last day for the parties to file a motion for summary judgment is December 31, 2008.

2) There is good cause to modify the scheduling order because : (a) The City's counsel in this matter, Lauren Monson, was recently assigned this matter and has been working to complete discovery as expeditiously as possible; and (b) despite the City's efforts to complete discovery by the deadline, the City is unable to meet this deadline due to the unavailability of Plaintiff's counsel prior to the fact discovery cutoff date of December 2, 2008.

3)    Defendant City and County of San Francisco noticed Plaintiff Anastasia Maxwell's deposition for Monday, November 17.  However, due to conflict in Plaintiff's schedule, the first date available for Plaintiff to be deposed is December 2, 2008.  The current scheduling order indicates December 2, 2008 as the discovery cutoff date.

4)    On November 13, 2008, Ms. Monson communicated via email with Maxwell's counsel, Curtis Oler.  Ms. Monson explained to Mr. Oler that the City anticipates not being able to complete the deposition in one day and would need to schedule an additional date prior to December 2 due to the discovery cutoff deadline.  Mr. Oler indicated that he is currently involved in a complicated out of state case and would not be available until December 9, 2008 for deposition.  The City agreed to that date.

5)    The parties agreed to extend the fact discovery cutoff to January 2, 2009.  The parties agreed that the City's motion for summary judgment would be filed on or before January 29, 2009.  Accordingly, the parties agreed that the Disposition Motion Hearing will be continued to March 5, 2009.

6)    According to the above agreement, the parties stipulate to the following modification of the pending scheduling order:

Completion of Fact Discovery         1/2/09
Dispositive Motion Deadline          3/5/09

7)    This agreement between the parties will require no other modification of the scheduling order.

8)    The parties stipulate to a modification of the Court's scheduling order as noted above and request that the Court enter an order consistent with this stipulation.

Dated:

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH S. SALVESON
        Chief Labor Attorney
        LAUREN M. MONSON
        Deputy City Attorney

By:_____
    LAUREN M. MONSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:                     LAW OFFICES OF CURTIS G. OLER

By:_____
    CURTIS G. OLER

Attorney for Plaintiff
ANASTASIA MAXWELL

PURSUANT TO STIPULATION, IT IS SO ORDERED: THE COURT'S SCHEDULING ORDER IS MODIFIED AS FOLLOWS:

    a)    The discovery cutoff shall be continued from Tuesday, December 2, 2008, to January 2, 2008, to provide the City with an opportunity to take and complete Plaintiff's deposition;

    b)    The last day for the parties to file motions for summary judgment shall be continued from December 31, 2008, to January 29, 2009; and

    c)    The Case Management Order shall be amended as follows:

| | |
|---|---|
| Completion of Fact Discovery | 1/2/09 |
| Dispositive Motion Deadline | 3/5/09 |

Dated:   11/21/08               /s/ Claudia Wilken

                                _____
                              THE HONORABLE CLAUDIA WILKEN